UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| K. M., a minor, by mother and next friend BRANDI MCGUIRE, and COLIN MCGUIRE and BRANDI MCGUIRE, individually, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 14 – CV – 04056 – SLD – JEH ) |
| SCHOOL DIRECTORS OF DISTRICT NO. 200, COUNTY OF MERCER AND STATE OF ILLINOIS, A/K/A BOARD OF EDUCATION FOR SHERRARD COMMUNITY UNIT SCHOOL DISTRICT 200 | ) ) ) ) ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, K.M. a minor, by mother and next friend Brandi McGuire and Colin and Brandi McGuire, by their attorneys, Katz, Nowinski P.C., and School Directors of District No. 200 by and through their attorneys Pappas Davidson O'Connor & Fildes, P.C., Defendant, report that the parties in this matter have reached a settlement. Accordingly, the parties hereby stipulate pursuant to the Federal Rules of Civil Procedure (a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the court to any party.

Respectfully Submitted,

 /s/  Matthew P. Pappas                                    /s/  John F. Doak
Pappas, Davidson, O'Connor                          Katz Nowinski, P.C.
    & Fildes, P.C.                                                 1000 – 36th Avenue
1617 – Second Ave., Ste. 300                         Moline, IL 61265
Rock Island, IL 61201                                      E-mail: jdoak@katzlawfirm.com
E-Mail: mpappas@pdoflegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2015, I electronically filed the Stipulation of Dismissal with the Clerk of the Court using the CM/ECF System which will send notification of this filing to the following:

Matthew P. Pappas
Jeffrey D. Wright

                                                        By: /s/John F. Doak